**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-2077

HOWARD M. FITZGERALD; PATRICIA A. FITZGERALD,

             Plaintiffs - Appellants,

       v.

CITY OF PETERSBURG,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:14-cv-00333-HEH)

Submitted:  February 12, 2015       Decided:  February 18, 2015

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Howard M. and Patricia A. Fitzgerald, Appellants Pro Se. Maurice Scott Fisher, Jr., HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard M. and Patricia A. Fitzgerald appeal the district court's orders denying their motions for reconsideration. <u>See</u> Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Fitzgerald v. City of Petersburg</u>, No. 3:14-cv-00333-HEH (E.D. Va. Aug. 12, 2014 & Sept. 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>